IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00192-GPG

KEITH BODNER,

    Plaintiff,

v.

CONEJOS COUNTY HOUSING AUTHORITY,
THE CONEJOS COUNTY HOUSING AUTHORITY BOARD MEMBERS, Individually and in their official capacities, and
KAREN HINOJOS, Individually and in her official capacity as Housing Director,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff submitted to the Court *pro se* a "Complaint for Injunctive Relief, Declarative Relief, and Damages for Discrimination Under the Americans With Disabilities Act and the Federal Housing Act and the Rehabilitation Act of 1973 (as amended)" (ECF No. 1) along with an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3). On January 23, 2020, Magistrate Judge Gordon P. Gallagher ordered Plaintiff to cure a deficiency if he wishes to pursue his claims. Plaintiff specifically was directed to file an amended pleading on the proper form. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Plaintiff has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's January 23 order. Therefore, the action will be dismissed. The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that

any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the "Complaint for Injunctive Relief, Declarative Relief, and Damages for Discrimination Under the Americans With Disabilities Act and the Federal Housing Act and the Rehabilitation Act of 1973 (as amended)" (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiency as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3) is denied as moot.

DATED at Denver, Colorado, this   28th   day of   February  , 2020.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court